**UNITED STATES** *versus* ONE CANOE AND TWENTY-FIVE BUSHELS OATS.

JOURNAL ENTRIES: (1) Dec. 4, 1832: libel filed, time fixed for trial, notice ordered published; (2) Dec. 27, 1832: publication proved, proclamation made; (3) Dec. 31, 1832: evidence heard, property forfeited, sale and notice of sale ordered.
PAPERS IN FILE (1832): (1) Libel; (2) published notice, proof of publication and posting; (3) copy of order of sale, return, receipt.
*File No. 73.*

**UNITED STATES** *versus* TWO PIECES CARPETING CONTAINING FIFTY YARDS, THREE BARS IRON, FOUR BARRELS APPLES AND BARRELS CONTAINING SAME, THREE BAGS OATS, ONE BAG CORN, AND FOUR BAGS POTATOES.

**UNITED STATES** *versus* OLIVER NEWBERRY.

JOURNAL ENTRIES: (1) Dec. 4, 1832: motion for rule to plead; (2) Dec. 19, 1832: jury trial, ver-

dict for plaintiff, attendance of witnesses proved; (3) Dec. 31, 1832: judgment.
PAPERS IN FILE (1832–33): (1) Precipe for summons; (2) summons and return; (3) declaration; (4) plea of not guilty; (5) subpoena; (6) accountable receipt, verdict; (7) writ of fi. fa.
*File No. 68.*

**UNITED STATES** *versus* ONE CANOE AND FOUR BAGS CORN.

JOURNAL ENTRIES: (1) Dec. 5, 1832: libel filed, time fixed for trial, notice ordered published; (2) Dec. 27, 1832: publication proved, proclamation made; (3) Jan. 16, 1834: testimony heard; (4) March 21, 1834: motion for judgment overruled; (5) June 18, 1834: motion for judgment; (6) June 28, 1834: property forfeited, sale and notice of sale ordered.
PAPERS IN FILE (1832–33): (1) Libel; (2) published notice, proof of publication and posting; (3) subpoena; (4) depositions of Abraham J. Lyle and Douglass Ottinger; (5) deposition envelope; (6) copy of order of sale, return.
*File No. 75.*

**UNITED STATES** *versus* ONE FERRY BOAT WITH SAILS AND OARS THEREOF, ONE BARREL PICKLED FISH, AND TWO BARRELS SALT.

JOURNAL ENTRIES: (1) Dec. 5, 1832: libel filed, time fixed for trial, notice ordered published; (2) Dec. 27, 1832: publication proved, proclamation made; (3) Jan. 16, 1834: testimony heard; (4) March 21, 1834: motion for judgment overruled; (5) June 18, 1834: motion for judgment; (6) June 28, 1834: property forfeited, sale and notice of sale ordered.
PAPERS IN FILE (1832–34): (1) Letter—Lieutenant-Commander Douglass Ottinger to collector; (2) libel; (3) published notice, proof of publication and posting; (4) subpoena; (5) copy of order of sale, return, receipt.
*File No. 76.*